Isabel Bussarakum (Bar No. 295008)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
T: (213) 894-2854
F: (213) 894-0081
isabel_bussarakum@fd.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MATEO ERIQUE NAGASSI<br><br><br>DEFENDANT. | CASE NUMBER<br><br>CR 19-524-PSG<br><br>---<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Mateo Nagassi
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Gail J. Standish by order dated: 8/28/2019

    ☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
The defendant is not seeking to present additional facts at this time, but rather is seeking the District Judge's review of the Magistrate Judge's Order of Detention dated 8/28/2019.  The defendant originally filed an application for review by the criminal duty judge on 9/4/2019.  However, after this case was assigned to Judge Gutierrez, the original application was denied without prejudice before reaching the merits, so that defendant could re-file the application before Judge Gutierrez.

    Relief sought *(be specific)*:
Pretrial release on a $25,000 signature bond by a third-party surety, and appropriate conditions of release.

    Counsel for the defendant and plaintiff United States Government consulted on 9/9/2019
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 9/9/2019 _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| | |
|---|---|
| 9/12/2019 | Defendant Mateo Nagassi |
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)